RECEIVED
DEC 14 2017
OFFICE OF THE ATTORNEY GENERAL

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| Paula Ann Bifelt as Personal Representative of the Estate of Tristan Percy Vent,<br><br>Plaintiff,<br><br>v.<br><br>State of Alaska, by and through it's Department of Public Safety and Alaska State Troopers, and individually Troopers Ronald Wall, Jacob Hayungs, Edward Halbert, and Edwin Carlson.<br><br>Defendants. | FILED in the Trial Courts State of Alaska Fourth District<br><br>SEP 08 2017<br><br>By_____Deputy |

Case No. 4FA-17-02475 Civil

## COMPLAINT

Plaintiff, by and through her undersigned attorney, hereby sets out her cause of action as follows:

### PRELIMINARY STATEMENT

1. This suit is an action for compensatory and punitive damages arising from a wrongful death.

2. Plaintiff Paula Ann Bifelt is a resident of Galena, Alaska, in the Fourth Judicial District, State of Alaska.

3. Individual defendants were all domiciled in Fairbanks, Alaska, in the Fourth Judicial District, State of Alaska when this wrongful death occurred.

4. Plaintiff Paula Ann Bifelt is the anticipated Personal Representative of the Estate of decedent, Tristan Vent, who died on or about September 13, 2015. Paula

Exhibit A - Page 1 of 5
Complaint
Vent v. State of Alaska, Department of Public Safety, Alaska State Troopers, Troopers Wall, Hayungs, Halbert, and Carlson
Case 4:18-cv-00017-JWS Document 1-1 Filed 05/02/18 Page 1 of 5

STEPOVICH & VACURA LAW OFFICE
543 Second Avenue Suite A
Fairbanks, Alaska 99701
Tel: (907) 456-6600
Fax: (907) 452-5205

Ann Bifelt, the mother of the decedent Tristan Vent, has standing to assert a cause of action in the death of Tristan Vent pursuant to Alaska's Wrongful Death Statute.

5. Plaintiff Paula Ann Bifelt has applied to be appointed as personal representative of the Estate of Tristan Vent on September 6, 2017. The estate was instituted in the Superior Court for the State of Alaska, Fourth Judicial District at Fairbanks with case number 4FA-17-00466 PR.

6. At all times relevant, defendants Ronald Wall, Edward Halbert, Jacob Hayungs, and Edwin Carlson operated within the course and scope of their employment and under color of the authority, regulations, customs and usages of the State of Alaska, and pursuant to the official procedures and policies of defendants as created by defendants acting under color of their authority as such. In the alternative, they were operating outside the course and scope of their employment.

7. Defendants Troopers Wall, Halbert, Hayungs, and Carlson's reckless and intentional actions in using excessive force resulted in the wrongful death of decedent, Tristan Vent.

8. On September 8, 2015, plaintiff's decedent, Tristan Vent, driving a 2002 Ford Ranger, was the subject of a traffic stop on Davis Road near the intersection of Davis Road and Wilbur Street in Fairbanks, Alaska, by Trooper recruit Tyler Langford and Field Training Officer (FTO) Trooper Halbert. Troopers Wall, Hayungs, and Carlson arrived shortly thereafter.

9. Troopers Wall, Hayungs, Halbert, and Carlson discharged their service weapons utilizing deadly force upon Tristan Vent. The shooting was unnecessary and

STEPOVICH & VACURA LAW OFFICE
543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 456-3600
Fax: (907) 452-5205

Complaint
Vent v. State of Alaska, Department of Public Safety; Wall, Hayungs, Halbert, and Carlson

Case 4:18-cv-00017-JWS Document 1-1 Filed 05/02/18 Page 2 of 5

unwarranted in the performance of the troopers' duties, and constituted an unreasonable, unwarranted and excessive use of deadly force.

10. The State Medical Examiner's Office determined the cause of death to be gunshot wounds to the head, neck, hip and extremities. The manner of death was determined to be a homicide.

11. As a direct and proximate result of the shooting, Tristan Vent was fatally wounded, for which the claims and damages are set forth below.

## COUNT I

12. Plaintiff hereby incorporates by reference all allegations contained within the preceding paragraphs as those set forth herein.

13. The Troopers' actions in response to Tristan Vent's actions were, in the alternative, either unreasonable, negligent, reckless, or intentional.

14. The shooting by the defendants was entirely unjustified by any actions of the decedent and constituted an unreasonable and excessive use of deadly force.

15. The direct and proximate result of defendants' acts were that Tristan Vent died.

16. The estate of Tristan Vent has suffered damages in excess of the jurisdictional limits of this court, the amount to be decided at trial by a jury.

## COUNT II

17. Plaintiff hereby incorporates by reference all allegations contained within the preceding paragraphs as those set forth herein.

18. In doing this, the Troopers acted under color of State law, regulations, customs, or usages to deprive the decedent of his right to life.

STEPOVICH
&
VACURA
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
tel: (907) 456-6090
fax: (907) 452-5235

Complaint
Vent v. State of Alaska, Department of Public Safety, Troopers Bojanowski, Halbert, and Carlson

Exhibit A - Page 3 of 5
Case 4:18-cv-00017-JWS   Document 1-1   Filed 05/02/18   Page 3 of 5

19. Defendant State of Alaska has grossly failed to train it's Troopers in the fundamental law of arrest and use of force in affecting arrest in that it allowed it's Troopers to shoot an individual who had been effectively contained and in addition ratified the Troopers' actions in their internal investigation.

20. Defendant State of Alaska, failed to properly and adequately train, re-train, supervise, investigate, and discipline individuals under its command or supervision, including the defendant Troopers, so that the law, regulations, and policies relating to containment and apprehension of a suspect were not violated and the state either negligently or knowingly allowed them to practice outside of scope of their employment.

21. As a direct and proximate result of the defendants' wrongful conduct, plaintiff's decedent was fatally shot and killed by the Troopers who utilized deadly force.

22. The estate of Tristan Vent has suffered damages in excess of the jurisdictional limits of this court, the amount to be decided at trial by a jury.

## COUNT III

23. Plaintiff hereby incorporates by reference all allegations contained within the preceding paragraphs as those set forth herein.

24. The actions of the defendants were intentional and malicious, resulting in the wrongful death of Tristan Vent, and a willful and conscious disregard of his right to life, thereby warranting an award of punitive damages in an amount to be proven at trial.

## PRAYER FOR RELIEF

25. The estate of Tristan Vent has sustained economic loss by way of lost wages, loss of income, and medical expenses, and Tristan Vent sustained pain and suffering and his mother's loss of solatium and support.

STEPOVICH
&
VACURA
LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 456-3000
Fax: (907) 452-3205

26. Plaintiff's further expended funeral and burial expenses, resulting from the conduct of the defendants.

Wherefore plaintiff demands judgment awarding plaintiff damages for pain and suffering, wrongful death, a mother's loss of solatium and support, attorney fees, costs, interest, and such other relief as the court may deem just and equitable.

Dated at Fairbanks, Alaska on this 8th day of September, 2017.

STEPOVICH AND VACURA LAW OFFICE

By: _____
SANDRA K. ROLFE
ABA# 1305009

Complaint
Vent v. State of Alaska, Department of Public Safety, Alaska State Troopers, Troopers Wall, Hastings, Lambert, and Carlson