KEVIN G. CLARKSON
ATTORNEY GENERAL

Aisha Tinker Bray
Assistant Attorney General
Office of the Attorney General
100 Cushman Street, Suite 400
Fairbanks, Alaska 99701
Telephone: (907) 451-2811
Email: aisha.bray@alaska.gov

Attorney for State of Alaska, Ronald Wall,
Jacob Hayungs, Edward Halbert, & Edwin Carlson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAULA ANN BIFELT, as Personal Representative of the ESTATE OF TRISTAN PERCY VENT, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF ALASKA, TROOPERS RONALD WALL, JACOB HAYUNGS, EDWARD HALBERT, and EDWIN CARLSON, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br> Case No. 4:18-cv-00017-JWS |

**STATE'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants State of Alaska, Captain Ronald Wall, Trooper Jacob Hayungs, Trooper Edward Halbert, and Trooper Edwin Carlson hereby move for summary judgment on all claims against them in this

matter based on qualified and statutory immunity and for the reasons set forth in the memorandum in support of this motion filed herewith.

DATED at Fairbanks, Alaska, this 31st day of October, 2019.

    KEVIN G. CLARKSON
    ATTORNEY GENERAL

    By: /s/ Aisha Tinker Bray
    Aisha Tinker Bray
    Alaska Bar No. 9505028
    Attorney for State of Alaska, Ronald Wall,
    Jacob Hayungs, Edward Halbert, & Edwin Carlson

**CERTIFICATE OF SERVICE**
This is to certify that on this 31st day of October, 2019, a copy of the foregoing document was served electronically by ECF on:

Sandra K. Rolfe, Esq.
Michael A. Stepovich, Esq.

/s/ Aisha Tinker Bray