IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

PAULA ANN BIFELT, as Personal )
Representative of the ESTATE OF )
TRISTAN PERCY VENT, )
                          )
        Plaintiff, )
                          )
        v. )
                          )
STATE OF ALASKA, TROOPERS )
RONALD WALL, JACOB HAYUNGS, )
EDWARD HALBERT, and )
EDWIN CARLSON, )
                          )
        Defendants. )
_____ )    Case No. 4:18-cv-00017-JWS

## ORDER EXTENDING RESPONSE DEADLINES

The parties having stipulated and agreed to extend the response deadlines to the

State's Motion for Summary Judgment,

IT IS HEREBY ORDERED that the Estate's opposition deadline to the State's

Motion for Summary Judgment (DE#21) is extended to <u>December 20, 2019,</u> and the

State's reply deadline to the Estate's opposition is extended to <u>January 10, 2020</u>.

DATED this 21st day of November 2019.


                         /s/ Honorable John W. Sedwick
                         Senior Judge, United States District Court