IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAULA ANN BIFELT, as Personal Representative of the ESTATE OF TRISTAN PERCY VENT, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>STATE OF ALASKA, TROOPERS RONALD WALL, JACOB HAYUNGS, EDWARD HALBERT, and EDWIN CARLSON, <br><br>　　　　Defendants. <br>_____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:18-cv-00017-JWS |

## **NOTICE OF ELECTRONIC AND PHYSICAL FILING**

Plaintiff Paula Ann Bifelt, as Personal Representative of the Estate of Tristan Percy Vent, by and through her undersigned attorney, hereby notices the court of electronic and physical filing of her Notice of Appeal and Representation Statement. Documents were previously physically filed April 1, 2020, via Fairbanks Federal Courthouse drop box per MGO 20-10 dated March 22, 2020, the filing fee was submitted with the physical filing.

DATED at Fairbanks, Alaska on this _9th_ day of April 2020.

　　　　　　　　　　　　　　　　　　　　STEPOVICH LAW OFFICE

　　　　　　　　　　　　　　　　　　　　___/s/ Mike A. Stepovich_____
　　　　　　　　　　　　　　　　　　　　Mike A. Stepovich
　　　　　　　　　　　　　　　　　　　　ABA#: 8406051

**Certificate of Service**
I hereby certify that a true copy of the above notice was filed and served via CM/ECF on:

Aisha Bray, Esq.
Alaska Department of Law

By: ____/s/ Jennifer Ackley____4/9/2020_____

STEPOVICH LAW OFFICE

543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 456-6600
Fax: (907) 452-5205