# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: U.S. District Court, Alaska

U.S. District Court case number: 4:18-cv-00017-JWS

Date case was first filed in U.S. District Court: 05/02/2018

Date of judgment or order you are appealing: 03/16/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes ☐ No ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

PAULA ANN BIFELT, as Personal Representative of the ESTATE OF TRISTAN PERCY VENT

Is this a cross-appeal? ☐ Yes ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ☐ Yes ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

543 Second Avenue, Suite A

City: Fairbanks State: AK Zip Code: 99701

Prisoner Inmate or A Number (if applicable):

Signature: [signature] Date: April 1, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1 Rev. 12/01/2018